02-12-211-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00211-CV

 

 


 
 
 Clarence Garcia
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Michael A. Hillsberry
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 362nd
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Unopposed Motion To Dismiss Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ. 


 

DELIVERED:
 July 5, 2012









[1]See Tex. R. App. P. 47.4.